Robert E.L. Bonaparte, OSB #883411
Email: bob@bb-law.net
Stephen D. Leggatt, OSB #036013
Email: sleggatt@gmail.com
Bonaparte & Bonaparte, LLP
One SW Columbia, Suite 460
Portland, OR 97204
Telephone: (503) 242-0005
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HIDDENBED OF OREGON LLC, JOSEFINA GARCIA-COBB, AND KEITH COBB,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | Case No. 3:22-cv-01924-AN<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

THE PARTIES HEREBY STIPULATE and agree that the above-captioned matter has been fully compromised and settled between them and the same may be dismissed with prejudice and without attorney fees and costs.

PAGE 1 – STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Dated May 16, 2024.

| BONAPARTE & BONAPARTE, LLP | PARKS BAUER LLP |
|---|---|
| /s/ *Robert E.L. Bonaparte* <br> Robert E.L. Bonaparte, OSB No. 883411 <br> Email: bob@bb-law.net <br> Stephen D. Leggatt, OSB No. 036013 <br> Email: stephen@bb-law.net <br> One SW Columbia, Suite 460 <br> Portland, OR 97204 <br> Telephone: (503) 242-0005 <br> *Attorneys for Plaintiffs* | /s/ *Michael J. Walker* <br> Michael J. Walker, OSB No. 055108 <br> Email: mwalker@pbswlaw.com <br> 570 Liberty Street S.E., Suite 200 <br> Salem, Oregon 97301 <br> Telephone: (503) 371-3502 <br> *Attorneys for Defendant* |

### ORDER OF DISMISSAL

IN CONFORMITY with the foregoing Stipulation, this action is hereby dismissed with prejudice and without attorney fees and costs.

IT IS SO ORDERED.

DATED: May 17, 2024

_____
United States District Court Judge

**Presented by:**

BONAPARTE & LEGGATT, LLC

 /s/ *Stephen D. Leggatt*
Stephen D. Leggatt, OSB No. 036013
Email: stephen@bonaparte-leggatt.com
Robert E.L. Bonaparte, OSB No. 883411
Email: bob@bb-law.net
*Of Attorneys for Plaintiffs*

PAGE 2 – STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE